UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 20-0889 (MAS) |
| : | |
| ARTHUR MATHURIN, : | |
| : | **CONSENT ORDER** |
| Defendant. : | **MODIFYING BAIL CONDITIONS** |

AND NOW, this 10th day of April 2025, upon the application of Defendant Arthur Mathurin (Patrick N. McMahon, appearing) for an Order Modifying the conditions of release, and the Government (represented by Richard G. Shephard, AUSA), and U.S. Pretrial Services (by Edna Galarza) having consented, it is hereby ORDERED that the bail conditions previously imposed upon Mr. Mathurin are modified as follows:

**Hereby ordered** that the conditions of Defendant's pretrial release be amended to allow for the removal of location monitoring.

It is further ORDERED that all other conditions remain the same.

_____
Hon. Michael A. Shipp
United States District Court Judge

Consented and Agreed by:

_____
Patrick N. McMahon
Counsel for the Defendant


s/ Richard G. Shephard
_____
Richard G. Shephard
Assistant United States Attorney